**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-PO-0217-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT L. BURGER, | |
| Defendant. | |

For good case shown and on the Government's motion, ECF No. 4, citation no. 9164876 is dismissed. All pending hearing dates are vacated. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: December 23, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1